# DIAMOND PLATE GLASS COMPANY ET AL. *v.* NEW-HOUSE.

[No. 5,583. Filed June 28, 1906.]

From Grant Superior Court; *B. F. Harness*, Judge.

Suit by Isaac Newhouse against the Diamond Plate Glass Company and others. From a decree for plaintiff, defendants appeal. *Affirmed.*

*Blacklidge, Shirley & Wolf* and *Bell & Purdum*, for appellants.

*B. C. Moon*, for appellee.

MYERS, J.—The questions presented by this appeal are the same as those considered and decided by this court in *Diamond Plate Glass Co.* v. *Knote* (1906), *ante*, 20, and upon the authority of that case the judgment in this cause is affirmed.